PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
DENISE N. YASINOW
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RANDY EDWARD MARTIN,

        Defendant.

CASE NO. 2:21-CR-00096-TLN

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: July 15, 2021
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 15, 2021.

2. By this stipulation, defendant now moves to continue the status conference until August 19, 2021, and to exclude time between July 15, 2021, and August 19, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including over 1,500 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, to conduct

investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 15, 2021 to August 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: July 8, 2021         PHILLIP A. TALBERT
                 Acting United States Attorney

                 /s/ AUDREY B. HEMESATH
                 AUDREY B. HEMESATH
                 Assistant United States Attorney

Dated: July 8, 2021         /s/ DOUGLAS BEEVERS
                 DOUGLAS BEEVERS
                 Counsel for Defendant
                 Randy Edward Martin

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of July, 2021.

_____
Troy L. Nunley
United States District Judge