PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY EDWARD MARTIN,<br><br>Defendant. | CASE NO. 2:21-CR-00096-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 19, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 19, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 30, 2021, at 9:30 a.m., and to exclude time between August 19, 2021, and September 30, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant has recently retained new counsel in the case, and new counsel needs time to review discovery.

   b) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including over 1,500

pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   c) Counsel for defendant desire additional time to consult with their client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their client.

   d) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 19, 2021 to September 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 16, 2021         PHILLIP A. TALBERT
                 Acting United States Attorney

                 /s/ DENISE N. YASINOW
                 DENISE N. YASINOW
                 Assistant United States Attorney

Dated: August 16, 2021

/s/ STEVE WHITWORTH
STEVE WHITWORTH
MARION TITUS
Counsel for Defendant
Randy Edward Martin

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of August, 2021.

Troy L. Nunley
United States District Judge