```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  DENISE N. YASINOW
    AUDREY B. HEMESATH
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5
    Attorneys for Plaintiff
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY MARTIN,<br><br>　　　　　　Defendant. | CASE NO. 2:21-CR-96-TLN<br><br>**STIPULATION AND ORDER RESCHEDULING CHANGE OF PLEA** |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant Randy Martin, by and through his counsel and record, hereby stipulate as follows:

　　　　1.　　By previous order a change of plea in this matter was scheduled for March 24, 2022 at 9:30 am. ECF 30.

　　　　2.　　Counsel for the defendant represent that they both are unavailable on that date because of proceedings in state court.

　　　　3.　　By this stipulation and proposed order, the parties now move to reschedule the change of plea hearing to March 31, 2022 at 9:30 am. The parties stipulate that on that date, at least one of defendant's attorneys will personally appear at the hearing, and that no other court appearance or other circumstance will excuse at least one defense counsel from appearing in person.

　　　　IT IS SO STIPULATED.

**Stipulation and Order Rescheduling Change
of Plea**

Dated:  March 22, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DENISE N. YASINOW
DENISE N. YASINOW
Assistant United States Attorney

Dated:  March 22, 2022

/s/ STEVE WHITWORTH
STEVE WHITWORTH
Counsel for Defendant
RANDY MARTIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of March, 2022.

Troy L. Nunley
United States District Judge

**Stipulation and Order Rescheduling Change of Plea**