PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
AUDREY B. HEMESATH
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CR-00096-TLN |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| RANDY EDWARD MARTIN, | |
| Defendant. | |

On or about May 5, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Randy Edward Martin forfeiting to the United States the following property:

    a.   Samsung cellar phone, model S20, IMEI number 3283114001386.

Beginning on May 7, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

a. Darrel Martin: A notice letter was sent via certified mail to Darrel Martin at 100 Kendall Court Roseville, CA 95746 on May 18, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on May 20, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Randy Edward Martin and Darrel Martin.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs Border Protection - Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of April, 2023.

_____
Troy L. Nunley
United States District Judge